IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Joseph P. Rawlings and | : | Chapter 13 |
| Marie E. Rawlings | : | |
| Debtors | : | |
| | : | |
| | : | No. 16-13951jkf |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdraw my appearance on behalf of Debtors, Joseph P. and Marie E. Rawlings.

/s/ Patricia M. Mayer
Patricia M. Mayer, Esquire
301 Oxford Valley Road
Suite 203B
Yardley, PA 19067
215-493-4300